1 LAWRENCE J. GORNICK, ESQ. (SBN 136290)
2 DENNIS J. CANTY, ESQ. (SBN 207978)
  EMILY CHARLEY, ESQ. (SBN 238542)
3 **LEVIN SIMES KAISER & GORNICK LLP**
  One Bush Street, 14th Floor
4 San Francisco, California 94104
  Telephone     (415) 646-7160
5 Facsimile     (415) 981-1270

6 Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE MARIE STIPANOVICH,<br><br>Plaintiff,<br><br>vs.<br><br>ASTRAZENECA PHARMACEUTICALS, et al<br><br>Defendants. | Case No. C 06 1754 JL<br><br>**STIPULATION AND REQUEST FOR VOLUNTARY DISMISSAL OF JANSSEN, L.P., JANSSEN PHARMACEUTICA INC., AND JOHNSON & JOHNSON**<br>AND ORDER THEREON |

Pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff requests dismissal without prejudice of **ONLY** defendants JANSSEN, L.P., JANSSEN PHARMACEUTICA INC., and JOHNSON & JOHNSON, from the above-captioned action. Defendants JANSSEN, L.P., JANSSEN PHARMACEUTICA INC., and JOHNSON & JOHNSON, having filed an answer in this action, stipulate to that dismissal.

Dated: June 28, 2006                          Dated: June 28, 2006

LEVIN SIMES KAISER & GORNICK LLP              DRINKER BIDDLE & REATH LLP

_____                _____
Emily M. Charley                              Charles F. Preuss
Attorneys for Plaintiff                       Steven M. Selna
                                              Owen J. Rescher
                                              Attorneys for Defendants
                                              Janssen, L.P., Janssen Pharmaceutica Inc., and
                                              Johnson & Johnson

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 18, 2006                          _____
                                              United States District Court

VOLUNTARY DISMISSAL                                                      PAGE 1