IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARLENE STIPANOVICH

    Plaintiff,

v.

ASTRAZENECA PHARMACEUTICALS, L.P. et al.

    Defendant.

No. C 06-01754 JSW

**ORDER RE ASTRAZENECA DEFENDANTS' ADMINISTRATIVE MOTION TO STAY**

    The Court has before it for consideration Plaintiff's Motion for Administrative Relief for Order Approving Dismissal Without Prejudice, and Defendant's Motion for Administrative Relief to Stay Action Pending Transfer to Multidistrict Proceedings.

    Northern District Civil Local Rule 7-11 sets forth the type of matters that are considered proper subjects of a motion for administrative relief. Specifically, the rule provides:

> during the course of case proceedings a party may require a Court order with respect to miscellaneous administrative matters, not otherwise governed by a federal statute, Federal or local rule or standing order of the assigned judge. These motions would include matters such as motions to exceed otherwise applicable page limitations or motions to file documents under seal, for example.

    While it is likely that the Astrazeneca Defendants' filed their current motion as a motion for administrative relief in reaction to administrative motions filed by plaintiffs in other cases, the Court concludes the relief sought by that motion is not the proper subject of a motion for administrative relief.

Accordingly, the request to consider the motion to stay as a motion for administrative relief is DENIED.  Defendants shall renotice their motion on an available hearing date on this Court's regular law and motion calendar.  The opposition and reply briefs shall be filed and served in accordance with the deadlines set forth in Local Rule 7-3.

**IT IS SO ORDERED.**

Dated: August 3, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE