IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE STIPANOVICH,<br><br>    Plaintiff,<br><br>  v.<br><br>ASTRAZENECA PHARMACEUTICALS, et al.<br><br>    Defendants.<br>_____/ | No. C 06-1754 JSW<br><br>**ORDER RE COUNTERMOTIONS FOR ADMINISTRATIVE RELIEF RE HEARINGS ON PLAINTIFF'S MOTION TO DISMISS AND ASTRAZENCA'S MOTION TO STAY** |

    This matter comes before the Court on the motion for administrative relief filed by Defendants Astrazeneca Pharmaceutical LP and Astrazeneca LP, in which they request that the Court continue Plaintiff's motion to dismiss and consolidate that motion for hearing with their motion to stay. Plaintiff filed a counter-motion for administrative relief, in which she states she does not oppose a consolidated hearing but requests an earlier hearing date. Defendants oppose Plaintiff's counter-motion on the ground that their counsel is unavailable on the dates selected by Plaintiff.

    The Court DENIES both administrative motions, and VACATES the noticed hearing dates on both the motion to dismiss and the motion to stay.

    Plaintiff's motion to dismiss was filed on August 4, 2006, and Defendants motion to stay was re-filed on August 7, 2006. Plaintiff's opposition to the motion to stay is already on file. Accordingly, Defendants' reply brief shall be due on Wednesday August 23, 2006. Because the issues raised in the Plaintiff's motion to dismiss are substantially similar to issues raised in other

cases pending in this Court, Defendant's opposition to that motion shall be due on August 23, 2006. Plaintiff's reply shall be due on August 30, 2006. At that point, the Court shall take the matters under submission. If the Court believes a hearing is warranted, it shall notify the parties.

**IT IS SO ORDERED.**

Dated: August 17, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE