A CERTIFIED TRUE COPY

SEP - 6 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 6 2006

FILED
CLERK'S OFFICE

FILED

SEP 1 2 2006

**DOCKET NO. 1769**

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

*Darlene Marie Stipanovich v. AstraZeneca Pharmaceuticals, LP, et al.,* N.D. California, C.A. No. 3:06-1754

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Stipanovich*) on August 24, 2006. The Panel has now been advised that *Stipanovich* was dismissed in the Northern District of California by the Honorable Jeffrey S. White in an order filed on August 31, 2006.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-7" filed on August 24, 2006, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel